UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-437 DWF/AJB

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
ELIZABETH WESTOVER, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 12 day of December, 2000.

UNITED STATES MAGISTRATE JUDGE

DEC 12 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK